UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NUR SHEIKH-ELMI, | CASE NO. 2:25-cv-00850-JNW |
| Petitioner, | ORDER OF DISMISSAL |
| v. | |
| NORTHWEST IMMIGRATION AND CUSTOMS ENFORCEMENT, and PAMELA BONDI, | |
| Respondents. | |

The Court ordered Halima Magan Warsame, mother and purported Next Friend of Nur Sheikh-Elmi, to obtain counsel by no later than June 3, 2025. Dkt. No. 27 at 5. No attorney has appeared, and the deadline has passed. Therefore, the Court DISMISSES this case without prejudice. The Clerk is directed to STRIKE the pending motions and close this case.

Dated this 16th day of June, 2025.

Jamal N. Whitehead
United States District Judge

ORDER OF DISMISSAL - 1